# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| SAMUEL A. WESTCOTT | ) Case No. 3:25-mj-00292 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 12, 2025  in the county of  Multnomah  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

See the attached affidavit

☐ Continued on the attached sheet.

/s/ SA Grant J. Brill by telephone
*Complainant's signature*

FPS SA Grant J. Brill
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  10:13 pm a.m./p.m.

Date: 10/13/2025

*Judge's signature* (Youlee Yim You)

City and state: Portland, Oregon

U.S. Margistrate Judge Youlee Y. You
*Printed name and title*