SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB #913841**
Assistant United States Attorney
Greg.R.Nyhus@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:26-cr-00022-SI |
| v. | **MOTION TO DISMISS SUPERSEDING INFORMATION** |
| **SAMUEL A. WESTCOTT,** | |
| **Defendant.** | |

The government moves this Court for an order pursuant to Rule 48(a) Fed. R. Crim. P. dismissing without prejudice the superseding information filed on January 23, 2026, in the interest of justice.

Dated: February 18, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ *Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney