UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00022-SI |
| v. | ORDER TO DISMISS SUPERSEDING INFORMATION |
| SAMUEL A. WESTCOTT, | |
| Defendant. | |

The Court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that the Superseding Information filed on January 23, 2026, be dismissed without prejudice.

Dated: February __18__, 2026

_____
HONORABLE MICHAEL H. SIMON
United States District Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney


/s/ *Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney