UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA                          3:26-cr-00022-SI

              v.                                  ORDER TO DISMISS

SAMUEL A. WESTCOTT,

              Defendant.

The Court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that the case be dismissed without prejudice.

Dated: March 9, 2026.

_____
HONORABLE MICHAEL H. SIMON
United States District Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

/s/ *Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney